IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DANNY and SARAH CAMPBELL,
JOSHUA and MELISSA POWELL,
RICHARD and TANA TOLLEY,
and all others similarly situated,

                Plaintiffs,

v.                                                                    CIVIL ACTION NO.   3:16-8696

VIRGINIA MEADOWS, LLC,
CORNERSTONE CUSTOMS, INC.,
OLD COLONY COMPANY,
d.b.a. Old Colony, Realtors,
a.k.a. Old Colony,
MERCYBUILT, LLC,
JORDAN GARNES,
a.k.a. Drew Barnes,
BRAD GARNES,
RICHARD GARNES,
LINDA GARNES,
WOODLAND DESIGNS, INC.,
RICHLIN INVESTMENTS, LLC,
JIMMY CALHOUN,
d.b.a. Calhoun Engineering and Surveying,

                Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **ORDERS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                ENTER:        March 8, 2017

                ROBERT C. CHAMBERS, CHIEF JUDGE